## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARVIN TELETOR JIMENEZ,** <br> **Petitioner,** <br><br> v. <br><br> **PAMELA BONDI, MARKWAYNE MULLIN, J.L. JAMISON, JOHN E. RIFE, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE OF IMMIGRATION REVIEW,** <br> **Respondents.** | **CIVIL ACTION** <br><br><br> **NO.  26-1698** |

## O R D E R

**AND NOW**, this 17th day of March, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1.  Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2.  Respondents shall file and serve a response on or before **March 19, 2026**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____

HODGE, KELLEY B., J.