IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN TELETOR JIMENEZ,<br>**Petitioner,**<br><br>v.<br><br>PAMELA BONDI, MARKWAYNE MULLIN, J.L. JAMISON, JOHN E. RIFE, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE OF IMMIGRATION REVIEW,<br>**Respondents.** | CIVIL ACTION<br><br><br><br>NO.  26-1698 |

## O R D E R

**AND NOW**, this 20th day of March, 2026, upon consideration of Marvin Teletor Jimenez's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")) and the Government's opposition thereto (ECF No. 6), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Petition is **GRANTED.** The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on March 23, 2026.**

2. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government is temporarily enjoined from re-detaining Petitioner until **March 30, 2026.**

4. If the Government decides to pursue re-detention of Petitioner after March 30, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

5. The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government mady request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

6. Mr. Teletor Jimenez's Motion to Expedite Order to Show Cause (ECF No. 3) is **DENIED AS MOOT**.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**