## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARVIN TELETOR JIMENEZ,**<br>**Petitioner,**<br><br>v.<br><br>**PAMELA BONDI, MARKWAYNE**<br>**MULLIN, J.L. JAMISON, JOHN E. RIFE,**<br>**U.S. DEPARTMENT OF HOMELAND**<br>**SECURITY, EXECUTIVE OFFICE OF**<br>**IMMIGRATION REVIEW,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-1698** |

## O R D E R

**AND NOW**, this 10th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) filed by petitioner, Marvin Teletor Jimenez, the Court noting that said Petition was granted by Memorandum and Order dated March 20, 2026, and the Government having certified its compliance on March 23, 2026, **IT IS ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**